CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 29 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| DARYLL KEITH SHUMAKE, | ) | Civil Action No. 7:17-cv-00214 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | By: Hon. Michael F. Urbanski |
| Defendant. | ) | United States District Judge |

Daryll Keith Shumake, a Virginia inmate proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 naming the Commonwealth of Virginia as the sole defendant. The court dismisses the complaint without prejudice as frivolous. Plaintiff pursues an indisputably meritless legal theory by naming the Commonwealth of Virginia as the defendant, and amending the complaint in this § 1983 action against this defendant would be futile. See, e.g., Neitzke v. Williams, 490 U.S. 319, 327 (1989); Will v. Michigan Dep't of State Police, 491 U.S. 58, 70 (1989); Monell v. New York City Dep't of Social Servs., 436 U.S. 658, 690, n.55 (1978).

ENTER: This 29th day of June, 2017.

/s/ Michael F. Urbanski
United States District Judge